IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| H&A FARMS LLC<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL FOODS LLC, et al.<br><br>Defendants. | Case No. 7:24-cv-00807-D-RJ<br><br>JUDGE: JAMES C. DEVER III |

**CLERK'S ENTRY OF DEFAULT**

Plaintiff H&A Farms LLC seeks entry of default against Defendants Cardinal Foods LLC and Cardinal Foods (DE) LLC. Defendants Cardinal Foods LLC and Cardinal Foods (DE) LLC are in default, having been served with process and having failed to plead or otherwise defend in this cause as required by law.

Now, therefore, in accordance with Fed. R. Civ. P. 55(a);

Default is hereby entered in favor of Plaintiff H&A Farms LLC and against Defendants Cardinal Foods LLC and Cardinal Foods (DE) LLC on the Complaint (Doc. 1).

SO ORDERED. This the 8 day of November, 2024.

JAMES C. DEVER III
United States District Judge